389 A.2d 677

Commonwealth v. Carlo, Appellant.

Submitted April 11, 1977. Daniel R. Lovette, Assistant Public Defender, for appellant; Timothy P. Creany, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.